# United States Court of Appeals
## For the First Circuit

No. 14-1786

DANA DESJARDINS,

Plaintiff, Appellant,

v.

DONALD WILLARD; MICHAEL REYNOLDS,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on January 23, 2015 is amended as follows:

On page 2, note 1, line 2, "dismissals" is changed to "dismissal".

On page 5, note 3, line 1, the second "that" is deleted.

On page 6, line 5, "19" is changed to "*19".

On page 7, line 13, "of America" is deleted.